842 So.2d 234 (2003)
Mack RITCHIE, Appellant,
v.
STATE of Florida, Appellee.
No. 5D02-3284.
District Court of Appeal of Florida, Fifth District.
April 8, 2003.
James B. Gibson, Public Defender and Nancy Ryan, Assistant Public Defender, Daytona Beach, for Appellant.
Charles J. Crist, Jr., Attorney General, Tallahassee and Judy Taylor Rush, Assistant *235 Attorney General, Daytona Beach, for Appellee.
PER CURIAM.
AFFIRMED. See Murray v. Regier, 27 Fla. L. Weekly S1008, ___ So.2d ___, 2002 WL 31728885 (Fla. Dec. 5, 2002).
SHARP, W., GRIFFIN and PALMER, JJ., concur.